| | | | |
|---|---|---|---|
| Case No. | CV 16-7530 DSF (AJWx) | Date | 4/10/17 |
| Title | City of Los Angeles et al v. New Cingular Wireless National Accounts, LLC | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Anel Huerta | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric J. Buescher | John C. Richter |
| Neda L. Lotfi | Brian Priestley |

**Proceedings:**   Motion to Remand (Dkt. 23)


The matter is called and counsel state their appearances. The Court hears oral argument. The matter is under submission and a written ruling will issue.